UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 27 2017 ★

BROOKLYN OFFICE

VICTOR ANDREWS,
*on behalf of himself and
all others similarly situated,*

    Plaintiff,

-against-

BROOKLYN FARE KITCHEN CORP.,

    Defendant.

Case No.: 17-cv-01507

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, Victor Andrews, are hereby dismissed without prejudice, in their entirety, as against Defendant, Brooklyn Fare Kitchen Corp., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 26, 2017
      New York, New York

                Lee Litigation Group, PLLC
                30 East 39th Street, Second Floor
                New York, NY 10016
                Phone: (212) 465-1188

                C.K. Lee, Esq. (CL 4086)

SO ORDERED:

/s/ *Nina Gershon*
U.S.D.J.
7-27-17